JOHN T. SLOAN vs. J. GIBB SMITH ET AL.

Third Judicial District.
Argued June 9th—decided August 12th, 1904.

ACTION in the nature of interpleader, brought to and tried by the Superior Court in New Haven County, *Thayer, J. ;*

facts found and judgment rendered in favor of the respondent J. Gibb Smith, and appeal by several of the other claimants.  *No error.*

*Charles S. Hamilton*, for the appellants (Patrick J. Lyons *et al.*).

*Charles Kleiner* and *Harry G. Day*, for the appellee (J. Gibb Smith).

Opinion filed with the clerk of the Superior Court in New Haven County.